IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN EMILIO SANTANA MORALES, ET AL,

    Plaintiffs

v.       CIVIL NO. 98-1040 (DRD)

HON. ZOE LABOY, ET AL,

    Defendants

## ORDER

The Court having considered plaintiffs' MOTION REQUESTING DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 4(m) AND TO THIS HONORABLE COURT'S ORDER OF JUNE 15, 1998, the relief requested therein is granted in its entirety and the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

In San Juan, Puerto Rico, February 24, 2000.

DANIEL R. DOMINGUEZ
U.S. District Judge