IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN EMILIO SANTANA MORALES, ET AL,

    Plaintiffs

    v.                     CIVIL NO. 98-1040 (DRD)

HON. ZOE LABOY, ET AL,

    Defendants

---

## JUDGMENT

The Court having entered an order granting the relief requested by plaintiffs in their MOTION REQUESTING DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 4(m) AND TO THIS HONRABLE COURT'S ORDER OF JUNE 15, 1998, it is

**ORDERED and ADJUDGED THAT** the complaint be and is hereby **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 4(m).

At San Juan, Puerto Rico, February 24, 2000.

                                        DANIEL R. DOMINGUEZ
                                        U.S. District Judge